| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-----------------------------------------------------x<br>IN RE:<br><br>JERRY WAYNE SMITH,<br><br>                            Debtor.<br>-----------------------------------------------------x | TF-0014/MP<br>March 11, 2026<br>10:00 AM<br><br>Case No. 25-23089-DSJ<br><br>Hon. DAVID S. JONES<br><br>**NOTICE OF MOTION** |

       PLEASE TAKE NOTICE, that upon the within application, the Chapter 13 Trustee will move this court before the Honorable David S. Jones, U.S. Bankruptcy Judge, at the United States Bankruptcy Court, VIA ZOOM on the 11th day of March , 2026 at 10:00 AM, or as soon thereafter as counsel can be heard, for an Order pursuant to 11 U.S.C. §1307(c) for cause, dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

       **PLEASE TAKE FURTHER NOTICE, that any hearing on the within application will be held by telephone or Zoom video conference only.  No in-person hearing will be held in the Courthouse. Participants are required to register their appearance at https:// ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl   48 hours before the scheduled hearing.**

       Responsive papers shall be filed with the Bankruptcy Court and served upon the Chapter 13 Trustee, Thomas C. Frost, Esq., no later than seven (7) days prior to the hearing date set forth above.  Any responsive papers shall be in conformity with the Federal Rules of Civil Procedure and indicate the entity submitting the response, the nature of the response and the basis of the response.

Date:  White Plains, New York
         January 28, 2026

                                                                                     /s/ *Thomas C. Frost*
                                                                                      THOMAS C. FROST, CHAPTER 13 TRUSTEE
                                                                                      399 KNOLLWOOD ROAD, STE 102
                                                                                      WHITE PLAINS, NY 10603
                                                                                      (914)328-6333

|                                                                                       | TF-0014/MP          |
| UNITED STATES BANKRUPTCY COURT                                                        | March 11, 2026      |
| SOUTHERN DISTRICT OF NEW YORK                                                         | 10:00 AM            |
| ------------------------------------------------x                                     |                     |
| IN RE:                                                                                | Case No: 25-23089-DSJ |
| JERRY WAYNE SMITH,                                                                    | Hon. DAVID S. JONES |
|                                                                                       | **APPLICATION**     |
| Debtor.                                                                               |                     |
| ------------------------------------------------x                                     |                     |

TO THE HONORABLE DAVID S. JONES, U.S. BANKRUPTCY JUDGE:

      THOMAS C. FROST, ESQ., Standing Chapter 13 Trustee in the above-captioned estate, respectfully represents the following:

1. The Debtor filed a petition under the provisions of 11 U.S.C. Chapter 13 on November 12, 2025 and, thereafter, THOMAS C. FROST was duly appointed and qualified as Trustee.

2. The Debtor's proposed Chapter 13 plan must be amended to provide for monthly plan payments pursuant to 11 U.S.C. §1325(b)(1)(B).

3. The Debtor is not paying all disposable income into the Plan as required by 11 U.S.C. §1325(b)(1)(B). The Debtor's budget (Schedule I & J) shows monthly disposable income of $850.00, however, the Plan provides for monthly payments of $0.00.

4. The Debtor has failed to comply with 11 U.S.C. §521(a)(1) and Bankruptcy Rule 1007(b) in that the following required documents have not been filed:

    a. official Form B22C (CMI), Statement of Monthly Income and Disposable Income pursuant to 11 U.S.C. §521(a)(1)(B)(v);

    b. copies of all payment advices or other evidence of payment for last 60 days before the date of the filing of the petition by the Debtor from any employer of the Debtor pursuant to 11 U.S.C. §521(a)(1)(B)(iv).

5. Furthermore, the Debtor has failed to:

    a. appear and be examined at the Section 341 Meeting of Creditors as required by 11 U.S.C. §343; and

    b. commence making Chapter 13 plan payments to the Trustee, as required by 11 U.S.C. §1326(a)(1);

    c. file Schedule C: The Property Claimed as Exempt (Official Form 106C; Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G); and Schedule H: Codebtors (Official Form 106H);

    d. provide to the Trustee copies of verified monthly operating reports;

e. file with the Court evidence that the Debtor has completed an instructional course concerning personal financial management as required by 11 U.S.C. §1328(g)(1);

   f. file with the Court a certification that all amounts payable under a domestic support obligation have been paid as required by 11 U.S.C. §1328(a); and

   g. provide the Trustee with copies of 2022 and 2024 federal and state tax returns as required pursuant to 11 U.S.C. § 521(f)(1), and refunds, if any.

6. The Trustee also respectfully requests copies of the 2025 federal and state tax returns and any refunds, if any, once filed with the taxing authorities as required by 11 U.S.C. § 521(f)(1).

7. The deficiencies as stated above impede the Trustee's ability to administer this case and, therefore, is a default that is prejudicial to the rights of the creditors of the Debtor pursuant to 11 U.S.C. §1307(c)(1).

8. The foregoing constitutes cause to dismiss this Chapter 13 case within the meaning of 11 U.S.C. §1307(c).

WHEREFORE, the Chapter 13 Trustee respectfully requests that this Court enter an Order dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

Dated: White Plains, New York
       January 28, 2026

/s/ *Thomas C. Frost*
Thomas C. Frost, Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------x   Case No: 25-23089-DSJ
IN RE:

  JERRY WAYNE SMITH,

                              **CERTIFICATE OF SERVICE
                                  BY MAIL**

                    Debtor.
----------------------------------------------------x

        This is to certify that I, Nancy Alexander, have this day served a true, accurate and correct copy of the within Notice of Motion and Application by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

JERRY WAYNE SMITH
75 SPRING VALLEY ROAD
OSSINING, NY 10562


PRO SE DEBTOR


EHRET A. VAN HORN, ESQ.
GROSS POLOWY LLC
1775 WEHRLE DRIVE
SUITE 100
WILLIAMSVILLE, NY 14221

ERNEST A. YAZZETTI, JR., ESQ.
MCCALLA RAYMER LEIBERT PIERCE, LLC
420 LEXINGTON AVENUE
ROOM 840
NEW YORK, NY 10170

This January 28, 2026

<u>/s/Nancy Alexander</u>
Nancy Alexander, Paralegal
Office of the Standing Chapter 13 Trustee
Thomas C. Frost, Esq.
399 Knollwood Road, Suite 102
White Plains, New York 10603
(914) 328-6333

CASE NO: 25-23089-DSJ
Hon. DAVID S. JONES

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────────────────────────────────
IN RE:

JERRY WAYNE SMITH,

                Debtor.

**NOTICE OF MOTION, APPLICATION
and
CERTIFICATE OF SERVICE**

**THOMAS C. FROST
STANDING CHAPTER 13 TRUSTEE
399 KNOLLWOOD ROAD, SUITE 102
WHITE PLAINS, NEW YORK 10603
(914) 328-6333**